**HESTON & HESTON,**
**ATTORNEYS AT LAW**
RICHARD HESTON (90738)
HALLI HESTON (90737)
BENJAMIN HESTON (297798)
19700 Fairchild Road #280
Irvine, CA 92612
Tel: 949.222.1041
Fax: 949.222.1043
*ben@nexusbk.com*

Attorneys for Defendant

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MARKSIANE SENELATH, and<br><br>LINDA GIP,<br><br>Debtors. | Case No: 8:25-bk-10995-SC<br><br>Chapter 7<br><br>Adv. No: 8:25-ap-01303-SC<br><br>**NOTICE OF HEARING ON MOTION TO DISMISS CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** |
| KAPITUS SERVICING, INC., as Servicing Agent for Kapitus, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARKSIANE SENELATH,<br><br>Defendant. | **Hearing:**<br>Date: December 9, 2025<br>Time: 1:30 PM<br>Courtroom: 5C<br>Location:  411 West Fourth Street<br>               Santa Ana, CA 92701 |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on December 9, 2025, at 10:00 a.m. in Courtroom 5C of the United Stated Bankruptcy Court for the Santa Ana Division, located at 411 West Fourth Street, Santa Ana, CA 92701, Defendant, Marksiane Senelath, will and hereby does move the Court for an order dismissing Plaintiff's Third and Fourth Claims for Relief pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds set forth in the Motion filed on October 29, 2025 as Docket #5.

1  This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1.

2  Pursuant to LBR 9013-1(f), any opposition to this Motion must be filed and served not less than

3  fourteen (14) days before the hearing date noted above.

4  If you fail to file a timely written response to this Motion, the Court may treat such

5  failure as a waiver of your right to oppose the Motion and may grant the requested relief.

HESTON & HESTON

Date: October 30, 2025

/s/Benjamin Heston
BENJAMIN HESTON,
Attorney for Defendant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON MOTION TO DISMISS CAUSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/30/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jeffrey I Golden (TR)    lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Rebecca M Wicks    rwicks@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/30/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott C. Clarkson
411 West Fourth Street
Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/30/2025 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**