| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| BUCHALTER, A Professional Corporation<br>BRIAN T. HARVEY (SBN: 238991)<br>REBECCA M. WICKS (SBN: 313608)<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017<br>Telephone: (213) 891-0700<br>Fax: (213) 896-0400<br>Email: bharvey@buchalter.com<br>         rwicks@buchalter.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Kapitus Servicing, Inc., as Servicing Agent for Kapitus, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>MARKSIANE SENELATH AND LINDA GIP,<br><br>                                                    Debtor(s). | CASE NO.: 8:25-bk-10995-SC<br>CHAPTER: 7<br>ADVERSARY NO.: 8:25-ap-01303-SC |
| KAPITUS SERVICING, INC., as Servicing Agent for Kapitus, LLC,<br><br>                                                    Plaintiff(s),<br><br>vs.<br><br>MARKSIANE SENELATH,<br><br>                                                    Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]): **STIPULATION TO CONTINUE HEARING AND RELATED DEADLINES FOR MOTION TO DISMISS CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** |

PLEASE TAKE NOTE that the order or judgment titled **ORDER APPROVING STIPULATION TO CONTINUE HEARING AND RELATED DEADLINES FOR MOTION TO DISMISS CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**
was lodged on (*date*) 11/21/2025 and is attached. This order relates to the motion which is docket number 9.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                            Page 1                              F 9021-1.2.ADV.NOTICE.LODGMENT

BUCHALTER
A Professional Corporation
BRIAN T. HARVEY (SBN: 238991)
REBECCA M. WICKS (SBN: 313608)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: 213.891.0700
Fax: 213.896.0400
Email: bharvey@buchalter.com
     rwicks@buchalter.com

Attorneys for Kapitus Servicing, Inc.,
as Servicing Agent for Kapitus, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| In re | Case No. 8:25-bk-10995-SC |
|---|---|
| MARKSIANE SENELATH AND LINDA GIP | |
| Debtors. | Chapter 7 |
| | Adv. No. 8:25-01303-SC |
| KAPITUS SERVICING, INC., as Servicing Agent for Kapitus, LLC | |
| Plaintiff, | **ORDER APPROVING STIPULATION TO CONTINUE HEARING AND RELATED DEADLINES FOR MOTION TO DISMISS CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** |
| v. | |
| MARKSIANE SENELATH, | |
| Defendant. | |

The court having reviewed and considered the Stipulation to Extend Hearing and Related Deadlines for Motion to Dismiss Causes of Action Pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Stipulation," Docket No. 9), and good cause appearing,

**IT IS HEREBY ORDERED** that

1. The Stipulation is approved.

2. The Hearing is continued to January 20, 2026, at 1:30 p.m.

3. The objection Deadline shall be continued to January 6, 2026.

4. The reply Deadline shall be continued to January 13, 2026.

1
**ORDER APPROVING STIPULATION TO CONTINUE MOTION TO DISMISS**

1      5.    This extension is without prejudice to the Parties' rights to further continue the
2  Hearing, objection Deadline, or reply Deadline.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Buchalter, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/21/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Jeffrey I Golden (TR) lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Rebecca M Wicks rwicks@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 11/21/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Benjamin Heston, Esq.  
Nexus Bankruptcy  
3090 Bristol Street #400  
Costa Mesa, CA 92626  

Hon. Scott C. Clarkson  
411 West Fourth Street  
Suite 5130 / Courtroom 5C  
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/21/2025 | Julie J. Thomas | /s/ Julie J. Thomas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**



**Adversary LODGED ORDER UPLOAD FORM**

Friday, November 21, 2025

Upload Again

CONFIRMATION :

You've successfully uploaded the order:
( **11336746.docx** )
A new order has been added

- **Office**: Santa Ana
- **Case Title**: Kapitus Servicing, Inc., v. Senelath
- **Case Number**: 25-01303
- **Judge Initial**: SC
- **Case Type**: ap ( Adversary )
- **Document Number**: 9
- **On Date**: 11/21/2025 @ 02:32 PM

Please print 🖨 this confirmation for future reference.

Thank You!

United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012