United States Bankruptcy Court

Central District of California

Kapitus Servicing, Inc.,,
    Plaintiff

Senelath,
    Defendant

Adv. Proc. No. 25-01303-SC

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Dec 01, 2025 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Kapitus Servicing, Inc.,, Buchalter, A Professional Corp, Brian T. Harvey, Esq., Rebecca M. Wicks, Esq., 1000 Wilshire Blvd, Ste 1500 Los Angeles, CA 90017-1730 |
| dft | + | Marksiane Senelath, 2621 Silverspur Lane, La Habra, CA 90631-6219 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Defendant Marksiane Senelath bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Jeffrey I Golden (TR) | lwerner@go2.law kadele@go2.law;C205@ecfcbis.com |
| Rebecca M Wicks | on behalf of Plaintiff Kapitus Servicing Inc., rwicks@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 4

BUCHALTER
A Professional Corporation
BRIAN T. HARVEY (SBN: 238991)
REBECCA M. WICKS (SBN: 313608)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: 213.891.0700
Fax: 213.896.0400
Email: bharvey@buchalter.com
        rwicks@buchalter.com

Attorneys for Kapitus Servicing, Inc.,
as Servicing Agent for Kapitus, LLC

**FILED & ENTERED**

**DEC 01 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte     **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MARKSIANE SENELATH AND LINDA GIP<br><br>Debtors. | Case No. 8:25-bk-10995-SC<br><br>Chapter 7 |
| KAPITUS SERVICING, INC., as Servicing Agent for Kapitus, LLC<br><br>Plaintiff,<br>v.<br><br>MARKSIANE SENELATH,<br><br>Defendant. | Adv. No. 8:25-01303-SC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING AND RELATED DEADLINES FOR MOTION TO DISMISS CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** |

    The court having reviewed and considered the Stipulation to Extend Hearing and Related Deadlines for Motion to Dismiss Causes of Action Pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Stipulation," Docket No. 9), and good cause appearing,

    **IT IS HEREBY ORDERED** that

    1.    The Stipulation is approved.

    2.    The Hearing is continued to January 20, 2026, at 1:30 p.m.

    3.    The objection Deadline shall be continued to January 6, 2026.

    4.    The reply Deadline shall be continued to January 13, 2026.

5. This extension is without prejudice to the Parties' rights to further continue the Hearing, objection Deadline, or reply Deadline.

###

Date: December 1, 2025

Scott C. Clarkson
United States Bankruptcy Judge

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

2

**ORDER APPROVING STIPULATION TO CONTINUE MOTION TO DISMISS**