BUCHALTER LLP
BRIAN T. HARVEY (SBN: 238991)
REBECCA M. WICKS (SBN: 313608)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: 213.891.0700
Fax: 213.896.0400
Email: bharvey@buchalter.com

Attorneys for Kapitus Servicing, Inc.,
as Servicing Agent for Kapitus, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MARKSIANE SENELATH AND LINDA GIP<br><br>Debtors. | Case No. 8:25-bk-10995-SC<br><br>Chapter 7 |
| KAPITUS SERVICING, INC., as Servicing Agent for Kapitus, LLC<br><br>Plaintiff,<br>v.<br><br>MARKSIANE SENELATH,<br><br>Defendant. | Adv. No. 8:25-01303-SC<br><br>**STIPULATION TO CONTINUE HEARING AND RELATED DEADLINES FOR MOTION TO DISMISS CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** |

Kapitus Servicing, Inc., as Servicing Agent for Kapitus, LLC ("Plaintiff"), and Marksiane Senelath ("Defendant" and together with Plaintiff, the "Parties"), by and through their respective counsel, enter into the following stipulation (the "Stipulation"):

## RECITALS

A. On April 18, 2025, (the "Petition Date"), Defendant filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code and commenced the underlying bankruptcy case.

B. On September 26, 2025, Plaintiff filed its complaint initiating the above-captioned adversary proceeding seeking to determine the dischargeability of its claims [Docket No. 1] (the "Complaint").

C. On October 29, 2025, Defendant filed its *Motion to Dismiss Causes of Action Pursuant to Federal Rule of Civil 12(b)(6)* [Docket No. 5] (the "Motion to Dismiss"), which seeks

1
**STIPULATION TO CONTINUE MOTION TO DISMISS**

dismissal of two of the four counts in the Complaint.

  D. The Parties previously filed the Stipulation to Continue Hearing and Related Deadlines for Motion to Dismiss Causes of Action Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Docket No. 9], which was approved by the Court [Docket No. 11].

  E. The hearing is currently set for January 20, 2026 at 1:30 p.m. (the "Hearing").

  F. The deadline for Plaintiff to object to the Motion to Dismiss is set for January 6, 2026 (the "Objection Deadline").

  G. The deadline for Defendant to reply to any Plaintiff objection is currently set for January 13, 2026 (the "Reply Deadline").

  H. The Parties are engaged in discussions regarding the Motion to Dismiss and a potential consensual resolution and seek to continue the Hearing and all related deadlines to allow the Parties to engage in continued discussions in an attempt to avoid further litigation and costs. Specifically, Plaintiff requested documentation related to Defendant's financial condition to evaluate settlement proposals. Defendant is gathering the requested documentation. The proposed continued hearing date provides time for Defendant to gather documents, Plaintiff to review such documents, and settlement discussions to occur.

  I. For the foregoing reasons, the Parties have agreed to continue the Hearing to March 3, 2026, at 1:30 p.m., and continue related deadlines in accordance with the local rules.

## **STIPULATION**

Based upon the foregoing, the Parties stipulate and agree as follows:

  1. The Hearing is continued to March 3, 2026, at 1:30 p.m.

  2. The Objection Deadline shall be continued to February 17, 2026.

  3. The Reply Deadline shall be continued to February 24, 2026.

  4. This extension is without prejudice to the Parties' rights to further continue the Hearing, Objection Deadline, or Reply Deadline.

  5. This Stipulation may be executed in one or more separate counterparts, and signatures by facsimile or electronic mail shall be deemed as originals.

Case 8:25-ap-01303-SC    Doc 16    Filed 01/05/26    Entered 01/05/26 13:53:06    Desc
Main Document    Page 3 of 4

DATED: January 5, 2026 BUCHALTER LLP

By: */s/ Rebecca Wicks*
REBECCA WICKS
Attorneys for Plaintiff
KAPITUS SERVICING, INC., as Servicing Agent for Kapitus, LLC

and

BENJAMIN HESTON,
Attorney for Defendant

BUCHALTER LLP
LOS ANGELES

3
**STIPULATION TO CONTINUE MOTION TO DISMISS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Buchalter LLP, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE HEARING AND RELATED DEADLINES FOR MOTION TO DISMISS CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **1/05/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jeffrey I Golden (TR)**     lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
- **Benjamin Heston**     bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
- **Rebecca M Wicks**     rwicks@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **1/05/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor/Defendant:**
Marksiane Senelath
2621 Silverspur Lane
La Habra, CA 90631

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/05/2026 | Julie J. Thomas | /s/ Julie J. Thomas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**