| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| BUCHALTER LLP<br>BRIAN T. HARVEY (SBN: 238991)<br>REBECCA M. WICKS (SBN: 313608)<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457<br>Telephone: (213) 891-0700<br>Fax: (213) 896-0400<br>Email: bharvey@buchalter.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Kapitus Servicing, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:
MARKSIANE SENELATH AND LINDA GIP

Debtor(s).

CASE NO.: 8:25-bk-10995-SC
CHAPTER: 7
ADVERSARY NO.: 8:25-ap-01303-SC

KAPITUS SERVICING, INC., as Servicing Agent for Kapitus, LLC

Plaintiff(s),

vs.

MARKSIANE SENELATH

Defendant.

**NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**
**RE:** (*title of motion*[1]): ORDER APPROVING STIPULATION TO CONTINUE HEARING AND RELATED DEADLINES FOR MOTION TO DISMISS CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

PLEASE TAKE NOTE that the order or judgment titled **ORDER APPROVING STIPULATION TO CONTINUE HEARING AND RELATED DEADLINES FOR MOTION TO DISMISS CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

was lodged on (*date*) 1/05/2026 and is attached. This order relates to the motion which is docket number 5.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**

BUCHALTER LLP
BRIAN T. HARVEY (SBN: 238991)
REBECCA M. WICKS (SBN: 313608)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: 213.891.0700
Fax: 213.896.0400
Email: bharvey@buchalter.com

Attorneys for Kapitus Servicing, Inc.,
as Servicing Agent for Kapitus, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MARKSIANE SENELATH AND LINDA GIP<br><br>Debtors. | Case No. 8:25-bk-10995-SC<br><br>Chapter 7 |
| KAPITUS SERVICING, INC., as Servicing Agent for Kapitus, LLC<br><br>Plaintiff,<br>v.<br><br>MARKSIANE SENELATH,<br><br>Defendant. | Adv. No. 8:25-01303-SC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING AND RELATED DEADLINES FOR MOTION TO DISMISS CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** |

The court having reviewed and considered the Stipulation to Extend Hearing and Related Deadlines for Motion to Dismiss Causes of Action Pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Stipulation," Docket No. 16), and good cause appearing,

**IT IS HEREBY ORDERED** that

1. The Stipulation is approved.

2. The Hearing is continued to March 3, 2026, at 1:30 p.m.

3. The objection Deadline shall be continued to February 17, 2026.

4. The reply Deadline shall be continued to February 24, 2026.

5.  This extension is without prejudice to the Parties' rights to further continue the Hearing, objection Deadline, or reply Deadline.

**END OF ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Buchalter LLP, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE HEARING AND RELATED DEADLINES FOR MOTION TO DISMISS CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **1/05/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jeffrey I Golden (TR)**    lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Rebecca M Wicks**    rwicks@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **1/05/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor/Defendant:**
Marksiane Senelath
2621 Silverspur Lane
La Habra, CA 90631

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/05/2026 | Julie J. Thomas | /s/ Julie J. Thomas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      F 9013-3.1.PROOF.SERVICE