United States Bankruptcy Court

Central District of California

Kapitus Servicing, Inc.,,
    Plaintiff

Adv. Proc. No. 25-01303-SC

Senelath,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 13, 2026 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Kapitus Servicing, Inc.,, Buchalter, A Professional Corp, Brian T. Harvey, Esq., Rebecca M. Wicks, Esq., 1000 Wilshire Blvd, Ste 1500 Los Angeles, CA 90017-1730 |
| dft | + | Marksiane Senelath, 2621 Silverspur Lane, La Habra, CA 90631-6219 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Defendant Marksiane Senelath bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Jeffrey I Golden (TR) | lwerner@go2.law kadele@go2.law;C205@ecfcbis.com |
| Rebecca M Wicks | on behalf of Plaintiff Kapitus Servicing Inc., rwicks@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 4

BUCHALTER LLP
BRIAN T. HARVEY (SBN: 238991)
REBECCA M. WICKS (SBN: 313608)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: 213.891.0700
Fax: 213.896.0400
Email: bharvey@buchalter.com

Attorneys for Kapitus Servicing, Inc.,
as Servicing Agent for Kapitus, LLC

**FILED & ENTERED**

**JAN 13 2026**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MARKSIANE SENELATH AND LINDA GIP<br><br>Debtors. | Case No. 8:25-bk-10995-SC<br><br>Chapter 7 |
| KAPITUS SERVICING, INC., as Servicing Agent for Kapitus, LLC<br><br>Plaintiff,<br><br>v.<br><br>MARKSIANE SENELATH,<br><br>Defendant. | Adv. No. 8:25-01303-SC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING AND RELATED DEADLINES FOR MOTION TO DISMISS CAUSES OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) AND CONTINUING STATUS CONFERENCE** |

The court having reviewed and considered the Stipulation to Extend Hearing and Related Deadlines for Motion to Dismiss Causes of Action Pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Stipulation," Docket No. 16), and good cause appearing, the Court orders as follows:

1. The Stipulation is approved.

2. The Hearing is continued to March 3, 2026, at 1:30 p.m.

3. The objection Deadline shall be continued to February 17, 2026.

4. The reply Deadline shall be continued to February 24, 2026.

5. The status conference scheduled for January 20, 2026, is also continued to March 3, 2026, at 1:30 p.m. A status report is due 14 days in advance.

6. No further continuances shall be granted absent a fulsome and concrete demonstration of good cause.

**IT IS SO ORDERED.**

Date: January 13, 2026

Scott C. Clarkson
United States Bankruptcy Judge

Buchalter LLP
Los Angeles

2

**ORDER APPROVING STIPULATION TO CONTINUE MOTION TO DISMISS**